IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Salia Issa,<br>Fiston Rukengeza, and<br>Salia Issa and Fiston Rukengeza as<br>next friends of their unborn child,<br><br>    Plaintiffs,<br><br>v.<br><br>Texas Department of Criminal Justice,<br>Lt. Brandy Hooper, individually,<br>Lt. Desmond Thompson, individually, and<br>Assist. Warden Alonzo Hammond, individually,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO: 1:22-cv-1107-LY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

[Plaintiffs' Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, Alternatively, Motion to Amend the Complaint is hereby GRANTED. The Court hereby strikes the third "s" in Plaintiff-Issa's last name as spelled in the caption of the complaint.]

OR

[Plaintiffs' Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, Alternatively, Motion to Amend the Complaint is hereby denied in part and granted in part. Plaintiffs' motion to strike is DENIED. Plaintiffs' motion to amend the complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) is GRANTED. Plaintiffs retain their right to amend as a matter of course to the extent permitted by Federal Rule of Civil Procedure 15(a)(1).]

1

SO ORDERED.

_____

[The Honorable Lee Yeakel]

[The Honorable Susan Hightower]