IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 8 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| SALIA ISSA, FISTON RUKENGEZA, § <br> AND SALIA ISSA AND FISTON § <br> RUKENGEZA AS NEXT OF FRIEND OF § <br> THEIR UNBORN CHILD, § <br>           PLAINTIFFS, § <br> § <br> V. § <br> § <br> TEXAS DEPARTMENT OF CRIMINAL § <br> JUSTICE, LT. BRANDY HOOPER, § <br> INDIVIDUALLY, LT. DESMOND § <br> THOMPSON, INDIVIDUALLY, AND § <br> ASSIST. WARDEN ALONZO § <br> HAMMOND, INDIVIDUALLY, § <br>           DEFENDANTS. § | CAUSE NO. 1:22-CV-01107-LY |

## **ORDER**

Before the court is Plaintiffs' Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, Alternatively, Motion to Amend the Complaint, filed November 3, 2022 (Doc. #2). Plaintiffs' First Amended Complaint is attached as an exhibit to the motion. Because a Scheduling Order has not been rendered in this cause, Plaintiffs need not seek leave of court to file their First Amended Complaint. Accordingly,

**IT IS ORDERED** that Plaintiffs' Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, Alternatively, Motion to Amend the Complaint, filed November 3, 2022 (Doc. #2) is **DENIED IN PART** and **GRANTED IN PART**. Plaintiffs' Motion to Strike a Scrivener's Error in the Case Caption is **DENIED**. Plaintiffs' Motion to Amend the Complaint is **GRANTED**. The clerk is instructed to file Plaintiffs' First Amended Complaint, attached to Plaintiffs' Ex Parte

Motion to Strike a Scrivener's Error in the Case Caption or, Alternatively, Motion to Amend the Complaint, filed November 3, 2022 (Doc. #2), in the record in this cause.

SIGNED this **8th** day of November, 2022.

*[signature]*
LEE YEAKEL
UNITED STATES DISTRICT JUDGE