# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Salia Issa, Fiston Rukengeza, and Salia Issa and Fiston Rukengeza as next friends of their unborn child** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**Texas Department of Criminal Justice, Lt. Brandy Hooper, individually, Lt. Desmond Thompson, individually, and Assist. Warden Alonzo Hammond, individually** )<br>)<br>)<br>*Defendant* ) | Civil Action No. 1:22-cv-01107-LY |

## AFFIDAVIT OF SERVICE

I, Esmeralda Cerceda, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 14, 2022 at 11:50 am. I delivered these documents on Brandy Hooper in Taylor County, TX on November 18, 2022 at 2:31 pm at 1609 Shelton St, Abilene, TX 79603 by personal service by handing the following documents to an individual identified as Brandy Hooper.

Complaint (document #1, 27 pages)
Civil Cover Sheet (document #1-1, 2 pages)
Plaintiff's Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, alternatively, Motion to Amend the Complaint (document #2, 2 pages)
Proposed Order (document #2-1, 2 pages)
Proposed Plaintiff's First Amended Complaint (document #2-2, 27 pages)
Order (document #3, 2 pages)
Plaintiff's First Amended Complaint (document #4, 27 pages)
Requested summons, TDCJ (document #5, 2 pages)
Requested summons, Hooper (document #5-1, 2 pages)
Requested summons, Thompson (document #5-2, 2 pages)
Requested summons, Hammond (document #5-3, 2 pages)
Summons, all defendants (document #6, 8 pages)

Additional Description:
A woman identified herself as Brandy Hooper, and I delivered the documents to her directly.

White Female, est. age 42, glasses: Y, Blonde hair, 180 lbs to 200 lbs, 4' 9" to 5'.
Geolocation of Serve: http://maps.google.com/maps?q=32.4685428,-99.7531581
Photograph: See Exhibit 1

My name is Esmeralda Cerceda, my date of birth is 10/11/1988, and my address is 3534 Potosi Road, Abilene, TX 79602, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Taylor County  ,   TX   on   11/22/2022  .

/s/ *Esmeralda Cerceda*
Esmeralda Cerceda - (956) 379-2497
Certification Number: PSC-15475
Expiration Date: 8/31/2024

# Exhibit 1



Exhibit 1a)