# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SALIA ISSA, FISTON RUKENGEZA and SALIA ISSA and FISTON RUKENGEZA, as next friends of their unborn child**<br><br>*Plaintiff*<br><br>v.<br><br>**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, LT. BRANDY HOOPER, individually, LT. DESMOND THOMPSON, individually, and ASSIST. WARDEN ALONZO HAMMONS, individually**<br><br>*Defendant* | Civil Action No. 1:22-cv-01107-LY |

## AFFIDAVIT OF SERVICE

I, Esmeralda Cerceda, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 14, 2022 at 11:50 am. I delivered these documents on Desmond Thompson in Taylor County, TX on November 18, 2022 at 2:16 pm at 6801 Inverness St, Abilene, TX 79606 by personal service by handing the following documents to an individual identified as Desmond Thompson.

Plaintiff's Original Complaint (document #1, 27 pages)
Civil Cover Sheet (document #1-1, 2 pages)
Plaintiff's Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, alternatively, Motion to Amend the Complaint (document #2, 2 pages)
Proposed Order (document #2-1, 2 pages)
Proposed Plaintiff's First Amended Complaint (document #2-2, 27 pages)
Order (document #3, 2 pages)
Plaintiff's First Amended Complaint (document #4, 27 pages)
Requested summons, TDCJ (document #5, 2 pages)
Requested summons, Hooper (document #5-1, 2 pages)
Requested summons, Thompson (document #5-2, 2 pages)
Requested summons, Hammond (document #5-3, 2 pages)
Summons, all defendants (document #6, 8 pages)

Additional Description:
Desmond Thompson confirmed his identity by saying "yes" when named. I delivered the documents to him.

Black or African American Male, est. age 30, glasses: N, Black hair, 200 lbs to 220 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=32.4122537,-99.8150338
Photograph: See Exhibit 1

My name is Esmeralda Cerceda, my date of birth is 10/11/1988, and my address is 3534 Potosi Road, Abilene, TX 79602, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Taylor County  ,   TX   on   11/25/2022  .

/s/ *Esmeralda Cerceda*
Esmeralda Cerceda - (956) 379-2497
Certification Number: PSC-15475
Expiration Date: 8/31/2024

# Exhibit 1



Exhibit 1a)