IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALIA ISSA, FISTON RUKENGEZA, and SALIA ISSA and FISTON RUKENGEZA as next friends of their unborn child, *Plaintiffs*, | § § § § § | |
| v. | § § | CIVIL ACTION NO. 1:22-cv-1107-LY |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, LT. BRANDY HOOPER, individually, LT. DESMOND THOMPSON, individually, and ASSIST. WARDEN ALONZO HAMMOND, individually, *Defendants*. | § § § § § § | |

**DEFENDANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S
ADVISORY TO THE COURT REGARDING DEFENDANT LT. BRANDY HOOPER**

TO THE HONORABLE DISTRICT COURT JUDGE LEE YEAKEL:

The Texas Department of Criminal Justice ("TDCJ") files this advisory to inform the Court that Defendant Lt. Brandy Hooper is out on Family Medical Leave Act ("FMLA") leave. TDCJ hopes to establish contact with Lt. Hooper soon and determine whether she intends to seek the representation from the Office of the Attorney General of Texas to which she is likely entitled under state law. Until then, TDCJ notes that many of the arguments presented by the motion to dismiss filed by the other two individual defendants, Lt. Desmond Thompson and Assistant Warden Alonzo Hammond, apply equally to Lt. Hooper. As such, Lt. Hooper has a meritorious defense. *See Lacy v. Sitel Corp.*, 227 F.3d 290, 291–92 (5th Cir. 2000) (identifying a meritorious defense as a factor in setting aside a default judgment). TDCJ hopes the Court will grant Lt. Hooper more time to appear and present that defense.

Date: December 9, 2022

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

SHANNA MOLINARE
Chief, Law Enforcement Defense Division

Respectfully Submitted,

*/s/ Benjamin L. Dower*
BENJAMIN L. DOWER
Special Litigation Counsel
Texas Bar No. 24082931
Attorney-in-Charge
Benjamin.Dower@oag.texas.gov

Office of the Attorney General
Law Enforcement Defense Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9994

**ATTORNEYS FOR DEFENDANTS TDCJ,
LT. THOMPSON, AND ASSISTANT WARDEN
HAMMOND**

## CERTIFICATE OF SERVICE

I, BENJAMIN L. DOWER, certify that a true and correct copy of the foregoing document was

filed and served via the Court's CM/ECF document filing system on December 9, 2022 to:

> Ross A. Brennan
> Cronauer Law, LLP
> 7500 Rialto Blvd
> Bldg 1, Ste 250
> Austin, TX 78735
> 512-733-5151
> Fax: 815-895-4070
> Email: ross@cronauerlaw.com
> **ATTORNEY FOR PLAINTIFFS**

*/s/ Benjamin L. Dower*
BENJAMIN L. DOWER
Special Litigation Counsel
Office of the Attorney General of Texas