# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Salia Issa, Fiston Rukengeza, and Salia Issa and Fiston Rukengeza as next friends of their unborn child** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**Texas Department of Criminal Justice, Lt. Brandy Hooper, individually, Lt. Desmond Thompson, individually, and Assist. Warden Alonzo Hammond, individually** )<br>)<br>)<br>*Defendant* ) | Civil Action No. 1:22-cv-01107-LY |

## AFFIDAVIT OF SERVICE

I, Corin Johnson, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 14, 2022 at 11:24 am. I delivered these documents on Texas Dept. of Criminal Justice in Travis County, TX on November 22, 2022 at 10:04 am at 209 West 14th St, 5th Floor, Price Daniel Building, Austin, TX 78701 by leaving the following documents with Tina Rodriguez who as Intake Specialist is authorized by appointment or by law to receive service of process for Texas Dept. of Criminal Justice. I mailed these documents by certified mail to Texas Dept. of Criminal Justice on November 22, 2022 to their last known address at 209 West 14th St, 5th Floor, Price Daniel Building, Austin, TX 78701.

Plaintiff's Original Complaint (document #1, 27 pages)
Civil Cover Sheet (document #1-1, 2 pages)
Plaintiff's Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, alternatively, Motion to Amend the Complaint (document #2, 2 pages)
Proposed Order (document #2-1, 2 pages)
Proposed Plaintiff's First Amended Complaint (document #2-2, 27 pages)
Order (document #3, 2 pages)
Plaintiff's First Amended Complaint (document #4, 27 pages)
Requested summons, TDCJ (document #5, 2 pages)
Requested summons, Hooper (document #5-1, 2 pages)
Requested summons, Thompson (document #5-2, 2 pages)
Requested summons, Hammond (document #5-3, 2 pages)
Summons, all defendants (document #6, 8 pages)

Additional Description:
I served these documents on Tina Rodriguez, who stated to me that she was authorized by law to receive service of process for TDCJ.

White Female, est. age 55, glasses: Y, Gray hair, 200 lbs to 220 lbs, 5' to 5' 3".
Geolocation of Serve: http://maps.google.com/maps?q=30.2766113281,-97.7421438605
Photograph: See Exhibit 1

My name is Corin Johnson, my date of birth is 2/5/1983, and my address is 500 E 4th Street, Ste. 143, Austin, TX 78701, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in   Travis County  ,
  TX   on   11/23/2022  .

/s/ *Corin Johnson*
Corin Johnson - (512) 917-0490
Certification Number: PSC-5625
Expiration Date: 9/30/2024

# Exhibit 1



Exhibit 1a)

Exhibit 1b)





Exhibit 1c)



Exhibit 1d)