

Exhibit 1c)

# USPS Tracking®

FAQs

Remove

Tracking Number:

## 70210950000147259963

Copy    Add to Informed Delivery

### Latest Update

Your item has been delivered and is available at a PO Box at 6:39 am on November 28, 2022 in AUSTIN, TX 78711.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

### Delivered

Delivered, PO Box
AUSTIN, TX 78711
November 28, 2022, 6:39 am

See All Tracking History

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

See Less

Track Another Package

Enter tracking or barcode numbers