IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALIA ISSA, FISTON RUKENGEZA, and SALIA ISSA and FISTON RUKENGEZA as next friends of their unborn child,<br>   *Plaintiffs*,<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE, LT. BRANDY HOOPER, individually, LT. DESMOND THOMPSON, individually, and ASSIST. WARDEN ALONZO HAMMOND, individually,<br>   *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:22-cv-1107-LY |

**ORDER GRANTING THE PARTIES' AMENDED
JOINT MOTION TO AMEND BRIEFING SCHEDULE**

On this day, the Court considered the Parties' Amended Joint Motion to Amend Briefing Schedule. Noting that the request has been submitted by both Parties jointly and having determined that good cause exists for the request, the motion is hereby GRANTED. It is therefore ORDERED that: Plaintiffs' response to Defendants' pending motions to dismiss shall be filed not later than January 13, 2023. Alternatively, should Plaintiffs seek to instead amend their complaint as a matter of course under Federal Rule of Civil Procedure 15(a), such amended complaint shall be filed not later than January 13, 2023. Should Plaintiff file a response to Defendants' pending motions to dismiss, Defendants' reply thereto shall be filed not later than January 27, 2023.

Signed this _____.

                  _____
                  LEE YEAKEL
                  UNITED STATES DISTRICT JUDGE