# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **Salia Issa, Fiston Rukengeza, and Salia Issa and Fiston Rukengeza as next friends of their unborn child** ) ) ) *Plaintiff* ) ) v. ) Civil Action No. 1:22-cv-01107-LY ) **Texas Department of Criminal Justice, Lt. Brandy Hooper, individually, Lt. Desmond Thompson, individually, and Assist. Warden Alonzo Hammond, individually** ) ) ) *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Louis Starzel, being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 23, 2022 at 10:47 am. I delivered these documents on Alonzo Hammond in Brown County, TX on December 1, 2022 at 7:06 pm at 1116 Early Blvd, Apt 307, Early, TX 76802 by personal service by handing the following documents to an individual identified as Alonzo Hammond.

Original Complaint (document #1, 27 pages), Civil Cover Sheet (document #1-1, 2 pages), Plaintiff's Ex Parte Motion to Strike a Scrivener's Error in the Case Caption or, alternatively, Motion to Amend the Complaint (document #2, 2 pages), Proposed Order (document #2-1, 2 pages), Proposed Plaintiff's First Amended Complaint (document #2-2, 27 pages), Order (document #3, 2 pages), Plaintiff's First Amended Complaint (document #4, 27 pages), Requested summons, TDCJ (document #5, 2 pages), Requested summons, Hooper (document #5-1, 2 pages), Requested summons, Thompson (document #5-2, 2 pages), Requested summons, Hammond (document #5-3, 2 pages), Summons, all defendants (document #6, 8 pages)

Additional Description:
I personally delivered the documents to Alonzo Hammond.

My name is Louis Starzel, my date of birth is 12/27/1953, and my address is 1406 W. Salinas, San Antonio, Texas 78207, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in  Brown County                         ,          /s/ *Louis C. Starzel*
Texas       on  12/29/2022           .            Louis Starzel - (877) 226-7192
                                                  Certification Number: PSC 3360
                                                  Expiration Date: 12/31/2023