IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JAN 2 3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| SALIA ISSA; FISTON RUKENGEZA; AND SALIA ISSA AND FISTON RUKENGEZA AS NEXT OF FRIENDS OF THEIR UNBORN CHILD, PLAINTIFFS, | § § § § § § | |
| V. | § § | CAUSE NO. 1:22-CV-01107-LY |
| TEXAS DEPARTMENT OF JUSTICE; LT. BRANDY HOOPER, INDIVIDUALLY; LT. DESMOND THOMPSON, INDIVIDUALLY; AND ASSIST. WARDEN ALONZO HAMMOND, INDIVIDUALLY, DEFENDANTS. | § § § § § § § § | |

## ORDER

Before the court are: (1) Defendant Texas Department of Criminal Justice's Motion to Dismiss, filed December 9, 2022 (Doc. #8); (2) Defendants Desmond Thompson and Alonzo Hammond's Motion to Dismiss, filed December 9, 2022 (Doc. #9); and (3) Defendant Lt. Hooper's Motion to Dismiss, filed December 14, 2022 (Doc. #13). Plaintiffs' Second Amended Complaint was filed on January 12, 2023 (Doc. #18). In light of the filing of Plaintiffs' amended complaint,

**IT IS ORDERED** that Defendant Texas Department of Criminal Justice's Motion to Dismiss, filed December 9, 2022 (Doc. #8), is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants Desmond Thompson and Alonzo Hammond's Motion to Dismiss, filed December 9, 2022 (Doc. #9), is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that Defendant Lt. Hooper's Motion to Dismiss, filed

December 14, 2022 (Doc. #13), is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this __23rd__ day of January, 2023.

                                             _____
                                             LEE YEAKEL
                                             UNITED STATES DISTRICT JUDGE