IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Salia Issa,<br>Fiston Rukengeza, and<br>Salia Issa and Fiston Rukengeza as<br>next friends of their unborn child,<br><br>  Plaintiffs,<br><br>v.<br><br>Texas Department of Criminal Justice,<br>Lt. Brandy Hooper, individually,<br>Lt. Desmond Thompson, individually, and<br>Assist. Warden Alonzo Hammond, individually,<br><br>  Defendants. | CIVIL ACTION NO: 1:22-cv-1107-LY |

## **ORDER**

Plaintiffs' Unopposed Motion to Amend Briefing Schedule is hereby GRANTED. Plaintiffs' responses to Defendants' pending motions to dismiss (Doc. #20 and #21) shall be filed on or before February 17, 2023. Defendants' replies to Plaintiffs' responses shall be filed on or before March 3, 2023.

SO ORDERED.

Signed this ____ day of _____, 2023

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1