FILED

JAN 3 0 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Salia Issa,<br>Fiston Rukengeza, and<br>Salia Issa and Fiston Rukengeza as<br>next friends of their unborn child,<br><br>    Plaintiffs,<br><br>v.<br><br>Texas Department of Criminal Justice,<br>Lt. Brandy Hooper, individually,<br>Lt. Desmond Thompson, individually, and<br>Assist. Warden Alonzo Hammond, individually,<br><br>    Defendants. | CIVIL ACTION NO: 1:22-cv-1107-LY |

## ORDER

Plaintiffs' Unopposed Motion to Amend Briefing Schedule is hereby GRANTED. Plaintiffs' responses to Defendants' pending motions to dismiss (Doc. #20 and #21) shall be filed on or before February 17, 2023. Defendants' replies to Plaintiffs' responses shall be filed on or before March 3, 2023.

SO ORDERED.

Signed this 30th day of January, 2023

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE