IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
FEB 22 2023
CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| SALIA ISSA; FISTON RUKENGEZA; AND SALIA ISSA AND FISTON RUKENGEZA, AS NEXT OF FRIENDS OF THEIR UNBORN CHILD,<br>PLAINTIFFS,<br><br>V.<br><br>TEXAS DEPARTMENT OF JUSTICE; LT. BRANDY HOOPER, INDIVIDUALLY; LT. DESMOND THOMPSON, INDIVIDUALLY; AND ASSIST. WARDEN ALONZO HAMMOND, INDIVIDUALLY,<br>DEFENDANTS. | CAUSE NO. 1:22-CV-01107-LY |

## ORDER

**IT IS HEREBY ORDERED** that (1) Defendant Texas Department of Criminal Justice's Motion to Dismiss Plaintiffs' Second Amended Complaint, filed January 26, 2023 (Doc. #20); (2) Defendants Lt. Brandy Hooper, Lt. Desmond Thompson, and Assistant Warden Alonzo Hammond's Motion to Dismiss Plaintiffs' Second Amended Complaint, filed January 26, 2023 (Doc. #21); (3) Plaintiffs' Response to Defendant-Texas Department of Criminal Justice's Motion to Dismiss Plaintiffs' Second Amended Complaint, filed February 17, 2023 (Doc. #24); and (4) Plaintiffs' Response to the Individual Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, filed February 17, 2023 (Doc. #25), are **REFERRED** to United States Magistrate Susan Hightower for Report and Recommendation pursuant to 28 U.S.C.

§ 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this **22nd** day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE