IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALIA ISSA, FISTON RUKENGEZA, and SALIA ISSA and FISTON RUKENGEZA as next friends of their unborn child,<br>    *Plaintiffs*,<br><br>v.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE, LT. BRANDY HOOPER, individually, LT. DESMOND THOMPSON, individually, and ASSIST. WARDEN ALONZO HAMMOND, individually,<br>    *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 1:22-cv-1107-LY |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME ON REPLIES

Defendants' Unopposed Motion for Extension of Time on Replies is hereby GRANTED. Defendants' replies to Plaintiff's responses to Defendants' pending motions to dismiss (Dkt. #20 and #21) shall be filed on or before March 10, 2023.

SO ORDERED.

Signed this _____ day of _____, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE