IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Salia Issa,  )<br>Fiston Rukengeza, and  )<br>Salia Issa and Fiston Rukengeza as  )<br>next friends of their unborn child,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>Texas Department of Criminal Justice,  )<br>Lt. Brandy Hooper, individually,  )<br>Lt. Desmond Thompson, individually, and  )<br>Assist. Warden Alonzo Hammond, individually,  )<br>  )<br>  Defendants.  )  ) | CIVIL ACTION NO: 1:22-cv-1107-LY |

## PLAINTIFFS' MOTION TO FILE A SURREPLY IN RESPONSE TO

## DEFENDANTS' REPLIES

Through counsel, Cronauer Law, LLP, Plaintiffs hereby move to file a surreply in response to Defendants' replies (Doc. #28 and #29). In support thereof, Plaintiffs state as follows.

1. Pursuant to Local Rule CV-7(e), surreplies are prohibited absent leave of Court.

2. Plaintiffs hereby move to file the attached surreply to eliminate confusion as to their theory on Count 1 of the operative complaint (Doc. #18)—a theory which Defendants' replies repeatedly characterize as involving some type of "pivot."

3. Permitting the surreply (which is two pages) will hopefully prevent the Court from unnecessary work in ruling on the pending motions, as it will clarify an issue that has developed during motion practice.

1

WHEREFORE, Plaintiffs respectfully request this Court grant the present motion and consider the attached surreply.

Respectfully submitted,

/s/ Ross A. Brennan
Bar No. 29842-64
Cronauer Law, LLP
668 Main St, Unit D
Buda, TX 78610
ross@cronauerlaw.com
512-733-5151 (phone)
815-895-4070 (fax)