United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Brennan, Ross A. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, March 13, 2023 |
| Re: | 01:22-CV-01107-LY / Doc # 30 / Filed On: 03/13/2023 12:17 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: A Proposed Order is required when a non-dispositive Motion is filed. DO NOT RE-FILE the entire document. Please file ONLY the Proposed Order. Use the "PROPOSED ORDER" event from the Other Documents/Other Filings menu/submenu and LINK the Proposed Order to your Motion