IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Salia Issa,<br>Fiston Rukengeza, and<br>Salia Issa and Fiston Rukengeza as<br>next friends of their unborn child,<br><br>　　Plaintiffs,<br><br>v.<br><br><br>Texas Department of Criminal Justice,<br>Lt. Brandy Hooper, individually,<br>Lt. Desmond Thompson, individually, and<br>Assist. Warden Alonzo Hammond, individually,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO: 1:22-cv-1107-LY |

## <u>ORDER</u>

Plaintiffs' Motion to File a Surreply in Response to Defendants' Replies (Doc. #30) is hereby

GRANTED. The clerk is instructed to file Plaintiffs' Surreply in Response to Defendants' Replies

(Doc. #30-1), filed March 13, 2023, in the record in this cause.

SO ORDERED.

Signed this _____ day of _____, 2023

_____

[The Honorable Lee Yeakel]

[The Honorable Susan Hightower]

1