IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALIA ISSA, INDIVIDUALLY AND AS NEXT FRIEND OF HER UNBORN CHILD; AND FISTON RUKENGEZA, INDIVIDUALLY AND AS NEXT FRIEND OF HIS UNBORN CHILD;<br>*Plaintiffs*<br><br>V.<br><br>TEXAS DEPARTMENT OF CRIMINAL JUSTICE, BRANDY HOOPER, DESMOND THOMPSON, ALONZO HAMMOND,<br>*Defendants* | §§§§§§§§§§§§§§§§§ | 1:22-CV-01107-DII |

TRANSFER ORDER

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable Alan D Albright, United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective May 25, 2023, the District Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 6th day of June, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE