IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALIA ISSA, FISTON RUKENGEZA, *et al.* <br> *Plaintiffs*, <br><br> v. <br><br> TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.* <br> *Defendants*. | § § § § § § § § § | CIVIL ACTION NO. 1:22-cv-1107 |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME ON DEFENDANTS' ANSWER

On this day, the Court considered Defendants' Unopposed Motion for Extension of Time on Defendants' Answer. Noting that the motion is unopposed and having found that good cause exists for the request, the motion is hereby GRANTED. It is hereby ORDERED that Defendants' answer or respective answers shall be deemed timely if filed on or before September 18, 2023.

Signed this _____.

_____
PRESIDING JUDGE